# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: TODD M. TROUTMAN & JACQUELINE S. TROUTMAN                    Case Number: -
903 TIMBER TRAIL DRIVE                     SSN-xxx-xx-6339 & xxx-xx-6347
DIXON, IL  61021

                                                          Case filed on:          8/10/2007
                                                Plan Confirmed on:
U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $9,500.01          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| | Total Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| | Grand Total: | 0.00 | 0.00 | 0.00 | 0.00 |

Total Paid Claimant:         $0.00
Trustee Allowance:           $0.00           Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:      0.00            discharging the trustee and the trustee's surety from any and all
                                                     liablility on account of the within proceedings, and closing the estate,
                                                     and for such other relief as is just.  Pursuant to FRBP, I hereby
                                                     certify that the subject case has been fully administered.

Report Dated:

                                                       /s/ Lydia S. Meyer
                                                     Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on <u>06/25/2008</u>            By  /s/Heather M. Fagan